No. D–2175. IN RE DISBARMENT OF TANDY. Marshall D. Tandy, of Tucson, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2176. IN RE DISBARMENT OF GREGORY. Howell Jackson Gregory, of Columbia, S. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99M94. BYRD v. SALMON. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $90,755.32 for the period December 2, 1999, through June 5, 2000, to be paid as follows: 40% by Nebraska, 40% by Wyoming, 3% by Colorado, 12% by the United States, and 5% by Basin Electric Power Cooperative. [For earler order herein, see, e. g., 528 U. S. 1059.]

No. 99–1178. SOLID WASTE AGENCY OF NORTHERN COOK COUNTY v. UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 7th Cir. [Certiorari granted, 529 U. S. 1129.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 99–1257. BROWNER, ADMINISTRATOR OF ENVIRONMENTAL PROTECTION AGENCY, ET AL. v. AMERICAN TRUCKING ASSNS., INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 529 U. S. 1129.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 99–1426. AMERICAN TRUCKING ASSNS., INC., ET AL. v. BROWNER, ADMINISTRATOR OF ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. D. C. Cir. [Certiorari granted, ante, p. 1202.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 99–9772. IN RE DEEMER. Petition for writ of habeas corpus denied.